# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BRIAN PARNELL, TROY CONNELLY, : No. 28 WAP 2014
TAVEREN ROBINSON, SIMEON BOZIC, :
INDIVIDUALLY AND ON BEHALF OF :
ALL OTHER INMATES OF THE :
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS SIMILARLY SITUATED, :
:
          Appellants :
:
:
      v. :
:
:
JOHN WETZEL, SECRETARY OF THE :
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS AND THE :
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS CORPORATION, :
:
          Appellees :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Application to Dismiss the Appeal is **GRANTED**.